# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHILOH HEAVENLY QUINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DE LA CRUZ,<br><br>　　　　　Defendant. | Case No.  1:24-cv-00797-KES-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROVIDE CASE FILE TO FUTURE COUNSEL AS MOOT<br><br>(ECF No. 15) |

　　　　Plaintiff Shiloh Heavenly Quine ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint has not yet been screened.

　　　　On October 7, 2024, Plaintiff filed a document that was filed as a notice of change of address and a motion to appoint counsel.  (ECF No. 15.)  Plaintiff indicates that the re-entry coordinator has met with lawyers who may possibly take her case.  Plaintiff requests that if those counselors are willing to be appointed, that her file be given to them and that Plaintiff can talk to them.  Plaintiff also states that she has had difficulty accessing her legal materials since her transfer.  (*Id.*)

　　　　Although docketed as a motion to appoint counsel, after a review of Plaintiff's filing it appears the only relief requested is that if Plaintiff successfully obtains legal representation, that her lawyers be provided a copy of her file and the ability to speak to Plaintiff.  This request is

1

denied as unnecessary.  All documents filed and orders issued in this case are available on the docket.  Any lawyer who represents Plaintiff in the future will have access to the complete file without requesting copy from the Court.

      Accordingly, Plaintiff's motion to provide case file to future counsel, (ECF No. 15), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **October 9, 2024**           /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE