# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHILOH HEAVENLY QUINE,<br><br>                    Plaintiff,<br><br>        v.<br><br>DE LA CRUZ,<br><br>                    Defendant. | Case No.  1:24-cv-00797-KES-BAM (PC)<br><br>ORDER GRANTING MOTION FOR CASE STATUS<br><br>(ECF No. 20) |

Plaintiff Shiloh Heavenly Quine, a state prisoner and former county jail inmate, proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request to provide status of case and notice of new address, filed on January 28, 2026.  (ECF No. 20.)  Plaintiff reports she "was moved to Los Angeles County Jail on or about 11-2-24 to date . . . and returned prison 1-22-26." (*Id.*)  Plaintiff indicates she "had no way to provide status of new LA Jail address until now" and does not know the status of the case.  (*Id.*) The Court construes the filing as a motion for case status.

Plaintiff is informed that the instant action is closed.  On October 9, 2024, the Court issued an order denying Plaintiff's motion to provide case file to future counsel as moot.  (ECF No. 16.)  On October 21, 2024, that order was returned as "Undeliverable, Return to Sender, Refused, Unable to Forward."  (*See* Docket.)  Plaintiff failed to file a timely change of address in compliance with Local Rule 183(b) or otherwise communicate with the Court.  Accordingly, on

1

January 3, 2025, the undersigned issued findings and recommendations recommending dismissal of this action, without prejudice, for Plaintiff's failure to prosecute. (ECF No. 17.) The findings and recommendations also were returned as "Undeliverable, Attempted, Not Known, Unable to Forward" on January 13, 2025. (*See* Docket.) On January 29, 2025, the district court adopted the findings and recommendations, dismissed this action, without prejudice, for Plaintiff's failure to prosecute, and directed the Clerk of the Court to close the case. (ECF No. 18.) The Clerk of the Court closed the case and entered judgment on the same date. (ECF No. 19.) The case remains closed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for case status, (ECF No. 20), is GRANTED as discussed above.

IT IS SO ORDERED.

Dated: __**February 4, 2026**__          ___/s/ *Barbara A. McAuliffe*___
                                                     UNITED STATES MAGISTRATE JUDGE